UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROGER CLARK,

        NO. CIV. S-98-704 LKK/GGH PS

    Plaintiff,

  v.                          <u>O R D E R</u>

COUNTY OF YUBA, et al

    Defendants.
_____/

    On February 9, 2007 plaintiff, proceeding pro per, filed two motions: a motion to vacate and a motion to reopen the case. Accordingly, the court orders as follows:

    1.    Oppositions or statements of non-opposition shall be filed no later than February 26, 2007. Reply briefs, if any, shall be filed no later than March 5, 2007. At that point, the matter will stand submitted. The court will request oral argument only if needed.

    IT IS SO ORDERED.

    DATED: February 12, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT